IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FAITH A. DARNALL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 8-CV-1377-MLB-DWB |
| JOHNSON CONTROLS, INC., | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL OF PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Faith A. Darnall ("Darnall") and Defendant Johnson Controls, Inc. ("JCI"), by their undersigned counsel, hereby stipulate to the dismissal, with prejudice and without costs or attorneys' fees to any party, of Plaintiff's Amended Complaint against JCI. The parties hereby agree that an order to the above effect may be entered without further notice.

Dated this 11th day of May, 2009.

s/ Ray E. Simmons
Mark G. Ayesh, #10175
Ray E. Simmons, #12296
Ayesh Law Offices
8100 East 22nd Street North
Building 2300, Suite 2
Wichita, KS 67278-1750
316-682-7381 (Telephone)
simmons@ayesh.kscoxmail.com (E-Mail)

s/ Mary T. Malicoat
Mary T. Malicoat, #16087
6505 E. Central, Suite 310
Wichita, KS 67206
316-612-7461 (Telephone)
mmalicoatlaw@cox.net (Email)

MILW_8696461.1

Scott Callen (admitted *pro hac vice*)
(FL Bar No. 0146242)
FOLEY & LARDNER LLP
106 East College Avenue, Suite 900
Tallahassee, FL 32302-1819
(850) 513-3392 (Direct)
(850) 561-6475 (Facsimile)
scallen@foley.com (Email)

Carmen N. Couden (admitted *pro hac vice*)
(WI Bar No. 1054862)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
(414) 297-5568 (Direct)
(414) 297-4900 (Facsimile)
ccouden@foley.com (Email)

ATTORNEYS FOR DEFENDANT JOHNSON CONTROLS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 11th day of May 2009, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system to be sent via electronic filing to all parties listed as counsel of record in this matter. I further certify that there are no non-CM/ECF participants to date.

s/ Mary T. Malicoat
Mary T. Malicoat, #16087

MILW_8696461.1